UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:10-61921-CIV-MARTINEZ-BROWN**

LAFRAWN MAYS,

    Plaintiff,

vs.

THE KEISER SCHOOL, INC., d/b/a KEISER UNIVERSITY,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORT AND RECOMMENDATION, STAYING CASE, AND ADMINISTRATIVELY CLOSING CASE**

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Defendant's Renewed Motion to Compel Arbitration and Stay Proceedings (D.E. No. 39). Magistrate Judge Brown filed a Report and Recommendation (D.E. No. 51), recommending that the motion to compel arbitration be granted, and this case be stayed pending the outcome of the arbitration. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

    **ADJUDGED** that United States Magistrate Judge Brown's Report and Recommendation **(D.E. No. 51)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1.    Defendant's Renewed Motion to Compel Arbitration and Stay Proceedings **(D.E. No. 39)** is **GRANTED**.

2. This Case is **STAYED** pending the outcome of the arbitration. Either party may file a motion to reopen this case within ten days of the entry of a decision by the arbitrator. Failure to file a motion to reopen within ten days will result in the denial of any motion to reopen.

3. The Clerk is **DIRECTED** to mark this case as **ADMINISTRATIVELY CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of April, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record